EMMA NAUGLE, Respondent, *v.* GEORGE NAUGLE, Appellant.

Submitted June 3, 1946; decided July 23, 1946.

*Joseph J. Kozinn* and *Marshall Rooney* for appellant.

*Deane Ramey* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and FULD, JJ. Taking no part: DYE, J.